26 A.3d 469

IN THE MATTER OF ROGER J. WEIL, AN ATTORNEY
AT LAW (ATTORNEY NO. 006661979).

September 12, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–040, concluding that **ROGER J. WEIL** of **MIDDLESEX,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.8(c) (a lawyer shall not prepare on behalf of a client an instrument giving the lawyer or a person related to the lawyer any substantial gift unless the lawyer or other recipient of the gift is related to the client), and *RPC* 1.16(a)(1) (a lawyer shall not represent a client if it will result in the violation of the *Rules of Professional Conduct*), and good cause appearing;

It is ORDERED that **ROGER J. WEIL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.